# FEDERAL PUBLIC DEFENDER
## Southern District of Texas
Bentsen Tower
1701 W. Business Highway 83, Suite 405
McAllen, Texas 78501

| | |
|---|---|
| **FEDERAL PUBLIC DEFENDER:**<br>   MARJORIE A. MEYERS | Telephone:<br>(956) 630-2995 |
| Senior Supervisor:<br>   MIGUEL A.A. NOGUERAS | Fax:<br>(956) 631-8647 |

August 13, 2021

**ATTENTION:** DEBBIE FLORES

**SUBJECT:** U.S. v. EDUARDO LEAL, NOs. 7:21-PO-00001 & 7:21-PO-00002 [TRIAL DATE]

  At the July 7, 2021 Final Pretrial Conference, the Honorable Judge Hacker instructed the parties to file an advisory with the Court setting out our availability for a Bench Trial as to above cases. The undersigned counsel conferred with AUSA Devin Walker regarding a trial date, and AUSA Walker advised that the Government and its witness[s] are available for a Bench Trial on **September 10, 2021**. Mr. Leal and the undersigned counsel are available on that date as well. The defense anticipates that one day should be sufficient to complete the Bench Trial.

  Respectfully,

 /s/ *Chris Gonzalez*
CHRIS GONZALEZ
Assistant Federal Public Defender