IN THE UNITED STATES MAGISTRATE COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | ACTION NO. 7:21-PO-0001 |
| EDUARDO LEAL | * | |

<u>NOTICE OF APPEAL</u>

On this 18th day of October, 2021, notice is hereby given that, Eduardo Leal, defendant above named, hereby appeals to the District Court from the Memorandum and Order adjudicating the defendant guilty on October 4, 2021.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233

By <u>/s/ Chris Gonzalez</u>
CHRIS GONZALEZ
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar Number 24078576
Southern District of Texas No. 3256152
1701 W. Business Hwy. 83, Suite 405
McAllen, Texas  78501-5159
Telephone: (956) 630-2995
Fax: (956) 631-8647

CERTIFICATE OF SERVICE

I, Chris Gonzalez, certify that on the 18th day of October, 2021, a copy of the foregoing Notice of Appeal was served by Notification of Electronic Filing upon Assistant United States Attorney, Devin Walker, 1701 W. Business Hwy. 83, Suite 600, McAllen, Texas.

    /s/ Chris Gonzalez
CHRIS GONZALEZ
Assistant Federal Public Defender