IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CASE NO. 7-21-PO-0001 |
| EDUARDO LEAL | * | |

## MOTION TO WITHDRAW NOTICE OF APPEAL

NOW COMES, EDUARDO LEAL, defendant in the above styled and numbered cause, by and through his attorney, CHRIS GONZALEZ, and files this Motion to Withdraw Notice of Appeal.

On October 18, 2021, Mr. Leal, through counsel, filed a Notice of Appeal. However, Mr. Leal has since indicated that he no longer wishes to appeal his conviction or sentence in the above numbered cause.

WHEREFORE, PREMISES CONSIDERED, Mr. Leal prays that his Motion to Withdraw Appeal be granted.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No.  3233

By /s/ Chris Gonzalez
CHRIS GONZALEZ
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar Number 24078576
Southern District of Texas No. 3256152
1701 W. Business Hwy. 83, Suite 405
McAllen, Texas  78501-5159
Telephone: (956) 630-2995
Fax: (956) 631-8647

CERTIFICATE OF SERVICE

    I, Chris Gonzalez, certify that on the 14th day of April, 2022, a copy of the foregoing Motion to Withdraw Appeal was served by Notification of Electronic Filing upon Assistant United States Attorney, Devin Victoria Walker, 1701 W. Business Hwy. 83, Suite 600, McAllen, Texas.

    /s/ Chris Gonzalez
CHRIS GONZALEZ
Assistant Federal Public Defender